**Kalera Inc. Bankruptcy - Transfers During the Preference Period to Defendant Compeer Contract Cleaning Services LLC**

| Debtor Transferor | Transferee | Transfer Number | Transfer Amount | Date Paid | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kalera Inc. | Compeer Contract Cleaning Services LLC | G06149 | 21,586.90 for all of G06149 | 2/1/2023 | 120535 | 11/27/2022 | (5,179.90) |
| Kalera Inc. | Compeer Contract Cleaning Services LLC | G06149 | - | 2/1/2023 | 120734 | 12/11/2022 | (6,516.00) |
| Kalera Inc. | Compeer Contract Cleaning Services LLC | G06149 | - | 2/1/2023 | 120879 | 12/18/2022 | (9,891.00) |
| Kalera Inc. | Compeer Contract Cleaning Services LLC | G06179 | 30,348.00 for all of G06179 | 2/3/2023 | 121024 | 12/27/2022 | (10,791.00) |
| Kalera Inc. | Compeer Contract Cleaning Services LLC | G06179 | - | 2/3/2023 | 121097 | 1/2/2023 | (9,441.00) |
| Kalera Inc. | Compeer Contract Cleaning Services LLC | G06179 | - | 2/3/2023 | 121309 | 1/8/2023 | (10,116.00) |
| Kalera Inc. | Compeer Contract Cleaning Services LLC | G06180 | 22,032.00 for all of G06180 | 2/3/2023 | 121600 | 1/15/2023 | (10,791.00) |
| Kalera Inc. | Compeer Contract Cleaning Services LLC | G06180 | - | 2/3/2023 | 121601 | 1/22/2023 | (11,241.00) |
| Kalera Inc. | Compeer Contract Cleaning | G06334 | 23,767.20 for all of G06334 | 3/22/2023 | 121727 | 2/1/2023 | (8,541.00) |

| Debtor Transferor | Transferee | Transfer Number | Transfer Amount | Date Paid | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| | Services LLC | | | | | | |
| Kalera Inc. | Compeer Contract Cleaning Services LLC | G06334 | - | 3/22/2023 | 121729 | 2/1/2023 | (4,435.20) |
| Kalera Inc. | Compeer Contract Cleaning Services LLC | G06334 | - | 3/22/2023 | 121679 | 2/6/2023 | (10,791.00) |

**Total in Preferential Transfers:  $97,734.10**